

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**JUDGMENT IN A CRIMINAL CASE**

Case Number  7:05-CR-440  (GHL)

**CRAIG LINDHORST**

_Eric Swartz, Esq. (cja)_
Attorney for Defendant

## THE DEFENDANT ENTERED A PLEA OF:

XX guilty __ nolo contendere] to the amended charge as stated on the record.

## THERE WAS A:
__ finding __ verdict] of guilty as to count(s)_____.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 240.20 of the New York State Penal Code.

## DATE OFFENSE CONCLUDED: August 9, 2005

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $250.00, payable December 18, 2005, and perform eighty (80) hours of community service to be arranged by the Office of the Staff Judge Advocate, Fort Drum, NY.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **Count(s)** _1_ is dismissed on motion of the United States.

_November 18, 2005_
Date of Imposition of Sentence

_11/22/05_
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge